# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159497

TAMARA NAPPIER, as Next Friend of
TAKARIE NAPPIER, a Minor, and ALL
OTHERS SIMILARLY SITUATED,
        Plaintiffs-Appellees,

v

GOVERNOR, DARNELL EARLEY, DANIEL
WYANT, LIANE SHEKTER SMITH, BRADLEY
WURFEL, EDEN VICTORIA WELLS, NANCY
PEELER, ROBERT SCOTT, NICK LYON and
GERALD AMBROSE,
        Defendants,

and

STEPHEN BUSCH, PATRICK COOK, and
MICHAEL PRYSBY,
        Defendants-Appellants.

SC: 159497
COA: 344363
Court of Claims: 16-000071-MM

_____/

By order of July 2, 2019, the application for leave to appeal the March 14, 2019 judgment of the Court of Appeals was held in abeyance for *Mays v Governor* (Docket Nos. 157335-7, 157340-2). On order of the Court, the cases having been decided on July 29, 2020, ___ Mich ___ (2020), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CLEMENT, J., not participating due to her prior involvement as chief legal counsel for the Governor.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020

a1019

Clerk